UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. FLORES,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSION OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No. ED CV 11-1280-PJW<br><br>ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE |

    On March 7, 2012, after a telephonic hearing, the Court issued an order, granting the request of Marc Kalagian, Plaintiff's attorney of record, to withdraw and requiring Mr. Kalagian to mail Plaintiff a certified copy of the administrative record by Friday, March 9, 2012. In its order, the Court set a new briefing schedule, under which Plaintiff was to file a brief presenting his arguments no later than April 9, 2012. Plaintiff has failed to do so, nor has he requested an extension of time.

    IT IS THEREFORE ORDERED that, no later than **July 12, 2012**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice for failure to prosecute. Failure to

timely file a response will result in a recommendation that this case be dismissed.

    IT IS SO ORDERED

    DATED:    June <u>19</u>, 2012.

                                       PATRICK J. WALSH
                                       UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\FLORES, 1280\OSC_not dismiss.wpd