1

2

3

4

5

6

7
                       UNITED STATES DISTRICT COURT
8
                       CENTRAL DISTRICT OF CALIFORNIA
9

10   MICHAEL N. FLORES,              )    Case No. ED CV 11-1280-PJW
                                     )
11                  Plaintiff,       )
                                     )    J U D G M E N T
12            v.                     )
                                     )
13   MICHAEL J. ASTRUE,              )
     COMMISSIONER OF THE             )
14   SOCIAL SECURITY ADMINISTRATION, )
                                     )
15                  Defendant.       )
                                     )
16

17        Pursuant to the Order Dismissing Action for Failure to Prosecute,

18        IT IS ADJUDGED that the action is dismissed with prejudice.

19

20        DATED: August 22, 2012.

21

22

23                                   _____
                                     PATRICK J. WALSH
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28   S:\PJW\Cases-CLOSED\Closed-Soc Sec\FLORES, 1280\Judgment.wpd